IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )    Chapter 7
                                    )
KEPKO, INC.,                        )    No. 04 B 20845
                                    )
                                    )    Judge Black (Joliet)
           Debtor.                  )
                                    )    HEARING DATE: August 17, 2007
                                    )    TIME:         9:15 a.m.

## ORDER AWARDING FINAL COMPENSATION

This matter coming on to be heard on the Application of Arthur P. Sanderman for final compensation as counsel to Trustee, due notice having been served upon all parties in interest, and no written objections having been filed, and the court having reviewed the Application and being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

Arthur P. Sanderman is awarded, as FINAL compensation, fees of $14,166.66; and is awarded $61.35 as and for reimbursement for costs, for a total award of $14,228.01; to be paid from funds of this estate as costs of administration.

DATED: 8/17/2007          ENTER:

                          /s/ Bruce W. Black
                          _____
                          United States Bankruptcy Judge

Arthur P. Sanderman
Attorney for Trustee
1935 S. Plum Grove Rd., #120
Palatine, Illinois 60067
(847) 991-6092