**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KEPKO INC,<br><br>**Debtor(s)** | CHAPTER 7 CASE<br><br>CASE NO. 04-20845<br><br>JUDGE BRUCE W. BLACK(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex
    57 N. Ottawa St., Room 201
    Joliet, Illinois 60432

    on: **January 16, 2009**
    at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $       132,271.41

    b. Disbursements                    $         99,833.50

    c. Net Cash Available for        $         32,437.91
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $5,577.14 | |
| Arthur Sanderman (Special counsel To Trustee) | 0 | $14,166.66 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $211,447.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 11.85%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Polk Directories | $ 569.94 | $ 67.52 |
| 2 | Midwest Operating Engineers | $ 6,450.35 | $ 764.20 |
| 3 | Midwest Operating Engineers | $ 5,551.11 | $ 657.67 |
| 4 | Midwest Operating Engineers | $ 7,558.27 | $ 895.47 |
| 5 | IUOE Local 150, % Scott Pfeiffer | $ 2,277.08 | $ 269.78 |
| 6 | Operating Engineers | $ 549.11 | $ 65.06 |
| 7 | Midwest Operating Engineers | $ 1,900.80 | $ 225.20 |
| 8 | RJ Miller Service Co. | $ 3,817.78 | $ 452.31 |

| | | | |
|---|---|---|---|
| 9 | Operating Engineers | $ 176.00 | $ 20.85 |
| 10 | IUOE Local 150, % Scott Pfeiffer | $ 598.40 | $ 70.90 |
| 11 | Midwest Operating Engineers | $ 1,496.00 | $ 177.24 |
| 12 | Richard Moritz | $ 9,835.21 | $ 1,165.23 |
| 13 | Allocco & Miller | $ 592.50 | $ 70.20 |
| 14 | Salisbury Oil Co. | $ 2,021.77 | $ 239.53 |
| 15 -2 | Central States SE & SW Areas | $ 40,738.96 | $ 4,826.54 |
| 16 | Verizon North Inc | $ 1,109.41 | $ 131.44 |
| 17 | Rental Service Corp. | $ 430.46 | $ 51.00 |
| 18 | Janko Building Company, nc. | $ 53,498.47 | $ 6,338.22 |
| 19 | Utica Stone Company | $ 1,738.38 | $ 205.95 |
| 22 | T&T Cartage Inc. | $ 22,620.72 | $ 2,679.99 |
| 23 | Streator Asphalt, Inc. | $ 29,657.99 | $ 3,513.73 |
| 25 | Central Laborers' Pension Fund, et al. | $ 18,258.94 | $ 2,163.23 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **December 24, 2008**        For the Court,

_____

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:    MICHAEL G. BERLAND

Address:    1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
Phone No.:  (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Dec 24, 2008
Case: 04-20845                 Form ID: pdf002              Total Served: 52

The following entities were served by first class mail on Dec 26, 2008.
db           +Kepko Inc,    1008 N Bloomington Rd,    Streator, IL 61364-1565
aty          +Stephen J West,    Law Offices Of Stephen J West,    628 Columbus Dr Rm 102,
               Ottawa, IL 61350-2933
tr           +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
8136269      +AT&T,    PO Box 9001309,    Louisville, KY 40290-1309
8136263      +Abbey Equipment,    1612 E. Main St.,    Streator, IL 61364-3101
8136264      +Allocco & Miller,    3409 N. Paulina St.,    Chicago, IL 60657-1220
8136265      +American Development,    c/o Charles L. Schmidt,    115 W. Washington St.,    Morris, IL 60450-2144
8136266      +American Supply,    c/o Charles Schmidt, Atty.,    115 W. Washington St.,    Morris, IL 60450-2144
8136267      +Aqualicious by Water Unlimited,    1726 N. Bloomington,    Streator, IL 61364-1379
8136270      +BP Amoco,    602 E. Main St.,    Streator, IL 61364-3059
8136271      +Broadus Oil Corp. of Illinois,    1006 W. Main St.,    Streator, IL 61364-2663
11075192     +Central Laborers' Pension Fund, et al.,     c/o Cavanagh & O'Hara,   407 E. Adams,   PO Box 5043,
               Springfield, IL 62705-5043
8136272      +Central States SE & SW Areas,    Pension Fund,   9377 W. Higgins Road,   Rosemont, IL 60018-4943
8136273      +Central States SE&SW Areas Pension,    c/o Joseph Scott Attorney,    9377 W. Higgins Rd.,
               Des Plaines, IL 60018-4938
8136276      +Construction Industry Funds,    929 S. Alpine Rd. #408,    Rockford, IL 61108-3939
8136277      +Donna Emanulson,    % David R. Bruce, Jr., Attorney,    218 W. Madison Street,
               Ottawa, IL 61350-2819
8136278      +Double M Trucking,    PO Box 158,    Peru, IL 61354-0158
8136279      +Douglas & Scruta, LLC,    5503 Grissom Rd. #207,    San Antonio, TX 78238-3036
8136280      +Earl Pratt,    1008 Columbus Rd.,    Streator, IL 61364-2697
8136281      +Frank & Dorothy Butzen,    c/o Peter Ferracuti, PC,    110 E. Main St.,    Ottawa, IL 61350-2900
8136282      +Goedecke Company,    4101 Clayton Ave.,    Saint Louis, MO 63110-1778
8136283       Hammers Tire,    19 S. Sterling,    Streator, IL 61364
8136284      +IDES Northwest Region,    410 Elm,    Peoria, IL 61605-3968
8136285      +IL-MO Products Company,    PO Box 790,    Jacksonville, IL 62651-0790
9383695     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8136286       IUOE Local 150, % Scott Pfeiffer,    Baum, Sigman, Auerbach, et al.,    200 W. Adams St., Ste. 2200,
               Chicago, IL 60606-5231
8136287      +Janko Building Company, nc.,    c/o Raymond Nolasco, Atty.,    1011 Shooting Park Rd. #104,
               Peru, IL 61354-1971
8136288      +Manley Plumbing & Heating,    304 S. Park St.,    Streator, IL 61364-2958
8136289      +Midwest Operating Engineers,    c/o Baum Sigman Auerback Neuman,    200 W. Adams St. #2200,
               Chicago, IL 60606-5231
8895793       Operating Engineers,    Local 150 Apprenticeship Fund,    c/o Baum Sigman Auerbach & Neuman Ltd,
               200 W Adams St #2200,    Chicago, IL 60606-5231
8136291      +Polk Directories,    PO Box 2559,    Omaha, NE 68103-2559
8136295      +RJ Miller Service Co.,    PO Box 247,    Wenona, IL 61377-0247
8136292      +Rental Pros,    409 E. Stevenson Rd.,    Ottawa, IL 61350-9531
8136293      +Rental Service Corp.,    3200 Harbor Lane N #100,    Plymouth, MN 55447-8728
8136294      +Richard Moritz,    c/o Kenneth McEvoy,    628 Columbus St. #107,    Ottawa, IL 61350-2906
9173612      +Robb Pratt Excavating Ic.,    510 N. Bloomington,    61364-2271
9173560      +Robb Pratt Excavating Inc.,    510 N. Bloomington,    St., Streator, IL 61364-2271
8136296      +S.J. Smith,    3707 W. River Dr.,    Davenport, IA 52802-2411
8136297      +Salisbury Oil Co.,    1023 E. 12th St.,    Streator, IL 61364-3965
8136298      +State Farm Ins. Co.,    c/o Hupp, Lanuti, Irion & Burton,    227 W. Madison,
               Ottawa, IL 61350-2866
8136299      +Streator Asphalt, Inc.,    PO Box 588,    Herscher, IL 60941-0588
8136300      +T&T Cartage Inc.,    PO Box 588,    Herscher, IL 60941-0588
8136301    ++++THRUSH SANATATION,    2010 AUTUMN WOOD DR,    OTTAWA IL 61350-9163
              (address filed with court: Thrush Sanatation,    2010 Airport Rd.,    Ottawa, IL 61350)
8136302      +Times Press,    115 Oak St.,    Streator, IL 61364-2800
8136304      +Utica Stone Company,    PO Box 128,    Spring Valley, IL 61362-0128
8136303      +Utica Stone Company,    c/o Raymond Nolasco, Atty.,    1011 Shooting Park Rd. #104,
               Peru, IL 61354-1971
8136307      +Yellow Book USA,    PO Box 3162,    Cedar Rapids, IA 52406-3162
8136308      +Ziano Concrete Products,    PO Box 232,    Granville, IL 61326-0232
The following entities were served by electronic transmission on Dec 24, 2008.
8136274      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Commonwealth Edison,
               Bill Payment Center,    Chicago, IL 60668-0001
8136290      +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   PO Box 2020,
               Aurora, IL 60507-2020
8136305      +E-mail/PDF: bankruptcyverizoncom@afni.com Dec 24 2008 23:48:10      Verizon,   PO Box 920041,
               Dallas, TX 75392-0041
9072868      +E-mail/PDF: bankruptcyverizoncom@afni.com Dec 24 2008 23:48:14      Verizon North Inc,
               AFNI/Verizon,    404 Brock Drive,    Bloomington, IL 61701-2654
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8136268*     +Aqualicious by Water Unlimited,    1726 N. Bloomington,    Streator, IL 61364-1379
8136275*     +Commonwealth Edison,    Bill Payment Center,    Chicago, IL 60668-0001
8136306*     +Verizon,    PO Box 920041,    Dallas, TX 75392-0041
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Dec 24, 2008
Case: 04-20845                 Form ID: pdf002          Total Served: 52
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**                    **Signature:** _Joseph Speetjens_