UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
KEPKO, INC ) No.04 B 20845
      Debtor. ) Chapter 7
) Honorable BRUCE W. BLACK
) (Joliet)

NOTICE OF MOTION

To:

United States Trustee's Office
227 West Monroe Street
Suite 3350
Chicago, Illinois 60606

Stephen West
628 Columbus Street, Suite 102
Ottawa, Illinois 61350
Attorney for debtor

Kepko Inc
%Bruce Konzelman
60 North Chicago Street
Joliet, Illinois 60432

Salisbury Oil Company
1023 w. 12th Street
Streator, Illinois 61364

NOTICE OF FILING

    On August 24,2009, the Trustee filed the Trustee's Report of Unclaimed Funds with the bankruptcy court.

                      Respectfully Submitted
                      Daniel O'Connell, debtor

                      By:/s/ Michael G. Berland, trustee

CERTIFICATE OF SERVICE

    I certify that I sent the Report of Unclaimed Funds to the debtor and Salisbury Oil Company by mailing same to the debtor and Midwest Pulmonary Consultants on August 24,2009 and by serving all other parties of record by electronic service.
                      /s/ Michael G. Berland Trustee
                      Michael G. Berland

Michael G. Berland
1 North LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
 )
KEPKO, INC ) No. 04 B 20845
        Debtor. ) Chapter 7
 ) Honorable BRUCE W. BLACK
 ) (Joliet)

**TRUSTEE'S REPORT OF UNCLAIMED PROPERTY**

    Michael G. Berland, Trustee, ("Trustee") pursuant to 11 U.S.C. Section 347 of the Bankruptcy Code and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

    1. The debtors filed a Chapter 7 petition. The Trustee was subsequently appointed, qualified, and continues to serve as Trustee in this case.

    2. On January 21, 2009, the Trustee sent distribution checks via United States Mail to the creditors entitled to receive same under the Distribution Report filed by the United States Trustees Office with the Clerk of the Bankruptcy Court.

    3. Salisury Oil Company failed to cash its distribution check in the amount of $273.99. The Trustee stopped payment on the check and will deposit said sum with the Clerk of the Bankruptcy Court.

                                        Respectfully Submitted
                                        Kepko Inc, debtor

                                        By:/s/ Michael G. Berland, trustee

Michael G. Berland
1 N. LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272

## UNCLAIMED FUNDS

Salisbury Oil Company
1023 W. 12th street
Streator, Illinois 61364              %$273.99