**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KEPKO INC,  § Case No. 04-20845
     DBA KEPKO INC  §
       §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $25,000.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $95,068.91 | Claims Discharged Without Payment: $271,795.80 |
| Total Expenses of Administration: $37,207.96 | |

    3) Total gross receipts of $ 132,276.87 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $132,276.87 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $159,945.00 | $63,629.15 | $63,629.15 | $63,629.15 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 37,207.96 | 37,207.96 | 37,207.96 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,383.04 | 6,383.04 | 6,383.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 367,739.00 | 291,669.73 | 185,164.52 | 25,056.72 |
| **TOTAL DISBURSEMENTS** | $527,684.00 | $398,889.88 | $292,384.67 | $132,276.87 |

  4)  This case was originally filed under Chapter 7 on May 28, 2004.
. The case was pending for 67 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/31/2009          By: /s/MICHAEL G. BERLAND
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 1800 W. Main, Streator, Illinois-scheduled | 1110-000 | 84,000.00 |
| Monies not allocated-unscheduled | 1290-000 | 5,000.00 |
| Monies owed bvy Robb Pratt-unscheduled | 1241-000 | 12,500.00 |
| Payment of monies from Earl Pratt-unscheduled | 1241-000 | 30,000.00 |
| Interest Income | 1270-000 | 776.87 |
| **TOTAL GROSS RECEIPTS** | | **$132,276.87** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department Of Treasury-Internal Revenue Service | 4300-000 | N/A | 1,809.51 | 1,809.51 | 1,809.51 |
| Schedule D claims | 4110-000 | 159,945.00 | N/A | N/A | 0.00 |
| Central States Pension Funds | 4120-000 | N/A | 61,819.64 | 61,819.64 | 61,819.64 |
| **TOTAL SECURED CLAIMS** | | $159,945.00 | $63,629.15 | $63,629.15 | $63,629.15 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 5,577.14 | 5,577.14 | 5,577.14 |
| LaSalle County Title | 3510-000 | N/A | 500.00 | 500.00 | 500.00 |
| LaSalle County Title | 3510-000 | N/A | 4,540.00 | 4,540.00 | 4,540.00 |
| LaSalle County Title | 2500-000 | N/A | 1,025.00 | 1,025.00 | 1,025.00 |
| LaSalle County Title | 2500-000 | N/A | 42.00 | 42.00 | 42.00 |
| LaSalle County Title | 2500-000 | N/A | 84.00 | 84.00 | 84.00 |
| LaSalle County Title | 2500-000 | N/A | 88.00 | 88.00 | 88.00 |
| LaSalle County Title | 2500-000 | N/A | 10.00 | 10.00 | 10.00 |
| Internal Revenue Service | 2810-000 | N/A | 1,468.00 | 1,468.00 | 1,468.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 715.00 | 715.00 | 715.00 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| Michael Berland | 2990-000 | N/A | 7,045.81 | 7,045.81 | 7,045.81 |
| Arthur Sanderman | 3210-600 | N/A | 14,166.66 | 14,166.66 | 14,166.66 |
| Arthur Sanderman | 3220-610 | N/A | 61.35 | 61.35 | 61.35 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| Internal Revenue Service | 2810-000 | N/A | 596.00 | 596.00 | 596.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Illinois Department of revenue | 2820-000 | N/A | 289.00 | 289.00 | 289.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 37,207.96 | 37,207.96 | 37,207.96 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LaSalle County Title | 5800-000 | N/A | 1,061.96 | 1,061.96 | 1,061.96 |
| LaSalle County Title | 5800-000 | N/A | 1,279.84 | 1,279.84 | 1,279.84 |
| LaSalle County Title | 5800-000 | N/A | 2,007.26 | 2,007.26 | 2,007.26 |
| LaSalle County Title | 5800-000 | N/A | 1,268.60 | 1,268.60 | 1,268.60 |
| LaSalle County Title | 5800-000 | N/A | 765.38 | 765.38 | 765.38 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 6,383.04 | 6,383.04 | 6,383.04 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Polk Directories | 7100-000 | 570.00 | 569.94 | 569.94 | 77.24 |
| Midwest Operating Engineers | 7100-000 | 28,563.00 | N/A | N/A | 0.00 |
| Midwest Operating Engineers | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Midwest Operating Engineers | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| IUOE Local 150, % Scott Pfeiffer | 7100-000 | 28,263.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Operating Engineers | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Midwest Operating Engineers | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| RJ Miller Service Co. | 7100-000 | N/A | 3,817.78 | 3,817.78 | 517.39 |
| Operating Engineers | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| IUOE Local 150, % Scott Pfeiffer | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Midwest Operating Engineers | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Richard Moritz | 7100-000 | N/A | 9,835.21 | 9,835.21 | 1,332.89 |
| Allocco & Miller | 7100-000 | 593.00 | 592.50 | 592.50 | 80.30 |
| Salisbury Oil Co. | 7100-000 | 1,972.00 | 2,021.77 | 2,021.77 | 0.00 |
| Central States SE & SW Areas | 7100-000 | 88,945.00 | 40,738.96 | 0.00 | 0.00 |
| Central States SE & SW Areas | 7100-000 | N/A | 40,738.96 | 40,738.96 | 5,521.02 |
| Verizon North Inc | 7100-000 | 1,005.00 | 1,109.41 | 1,109.41 | 150.35 |
| Rental Service Corp. | 7100-000 | 430.00 | 430.46 | 430.46 | 58.34 |
| Janko Building Company, nc. | 7100-000 | 54,000.00 | 53,498.47 | 53,498.47 | 7,250.21 |
| Utica Stone Company | 7100-000 | 1,477.00 | 1,738.38 | 1,738.38 | 235.59 |
| Earl Pratt | 7100-000 | N/A | 65,766.25 | 0.00 | 0.00 |
| T&T Cartage Inc. | 7100-000 | 22,109.00 | 22,620.72 | 22,620.72 | 3,065.60 |
| Streator Asphalt, Inc. | 7100-000 | 28,124.00 | 29,657.99 | 29,657.99 | 4,019.31 |
| Central Laborers' Pension Fund, et al. | 7100-000 | N/A | 18,258.94 | 18,258.94 | 2,474.49 |
| Schedule F claims | 7100-000 | 111,688.00 | N/A | N/A | 0.00 |
| Clerk Of Bankruptcy Court | 7100-000 | N/A | 273.99 | 273.99 | 273.99 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 367,739.00 | 291,669.73 | 185,164.52 | 25,056.72 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-20845  
**Case Name:** KEPKO INC,  
DBA KEPKO INC  
**Period Ending:** 12/31/09

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 05/28/04 (f)  
**§341(a) Meeting Date:** 07/14/04  
**Claims Bar Date:** 04/14/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 1800 W. Main, Streator, Illinois-scheduled | 75,000.00 | Unknown | | 155,327.96 | FA |
| 2 | Accounts recievable-scheduled | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Monies not allocated-unscheduled (u) this asset relates to assets 4 and 5 | 0.00 | 0.00 | | 5,000.00 | FA |
| 4 | Monies owed bvy Robb Pratt-unscheduled (u) | 0.00 | 12,500.00 | | 12,500.00 | FA |
| 5 | Payment of monies from Earl Pratt-unscheduled (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 776.87 | FA |
| 6 | Assets  Totals (Excluding unknown values) | **$100,000.00** | **$42,500.00** | | **$203,604.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

TheTrustee's special counsel settled the Adversary Complaint. The Trustee filed tax returns The Trustee filed his Final Report, which is scheduled for hearing in Janaury 2009

**Initial Projected Date Of Final Report (TFR):** July 31, 2008       **Current Projected Date Of Final Report (TFR):** December 8, 2008 (Actual)

Printed: 12/31/2009 10:17 AM    V.11.53

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 04-20845  
**Case Name:** KEPKO INC, DBA KEPKO INC  
**Taxpayer ID #:** 36-3011688  
**Period Ending:** 12/31/09  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****17-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/15/04 | {3} | Codo, Bonds etal | Monies paid from debtor's attorney not allocated | | 1290-000 | 5,000.00 | | 5,000.00 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 0.51 | | 5,000.51 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | | 1270-000 | 1.25 | | 5,001.76 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 1.19 | | 5,002.95 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | | 1270-000 | 1.49 | | 5,004.44 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | | 1270-000 | 1.44 | | 5,005.88 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | | 1270-000 | 1.49 | | 5,007.37 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | | 1270-000 | 1.60 | | 5,008.97 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | 1270-000 | 1.74 | | 5,010.71 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | 1270-000 | 1.92 | | 5,012.63 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | | 1270-000 | 1.97 | | 5,014.60 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | 2.18 | | 5,016.78 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | 2.27 | | 5,019.05 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 2.51 | | 5,021.56 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 2.83 | | 5,024.39 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 2.70 | | 5,027.09 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 2.99 | | 5,030.08 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 3.18 | | 5,033.26 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 3.42 | | 5,036.68 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 3.31 | | 5,039.99 |
| 07/12/06 | | LaSalle County Title | Proceeds from of sale of Kepko property pursuant to court order | | | 71,327.96 | | 76,367.95 |
| | {1} | | Gross Sales | 84,000.00 | 1110-000 | | | 76,367.95 |
| | | | Earnest money retained by broker as part of commission | -500.00 | 3510-000 | | | 76,367.95 |
| | | | Taxes for 2006 | -1,061.96 | 5800-000 | | | 76,367.95 |
| | | | Remainder of real estate commission | -4,540.00 | 3510-000 | | | 76,367.95 |
| | | | Title insurance | -1,025.00 | 2500-000 | | | 76,367.95 |
| | | | County tax stamps | -42.00 | 2500-000 | | | 76,367.95 |
| | | | State tax stamps | -84.00 | 2500-000 | | | 76,367.95 |
| | | | Recording of court order | -88.00 | 2500-000 | | | 76,367.95 |
| | | | Tax redemption | -1,279.84 | 5800-000 | | | 76,367.95 |
| | | | Tax redemption | -2,007.26 | 5800-000 | | | 76,367.95 |
| | | | Tax payment | -1,268.60 | 5800-000 | | | 76,367.95 |

Subtotals :    $76,367.95    $0.00

{} Asset reference(s)                                                                                                    Printed: 12/31/2009 10:17 AM    V.11.53

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-20845　　　　　　　　　　　　　　　　　　　　**Trustee:** MICHAEL G. BERLAND (520196)
**Case Name:** KEPKO INC,　　　　　　　　　　　　　　　　　　　　　**Bank Name:** JPMORGAN CHASE BANK, N.A.
　　　　　　　　DBA KEPKO INC　　　　　　　　　　　　　　　　　　**Account:** ***-*****17-65 - Money Market Account
**Taxpayer ID #:** 36-3011688　　　　　　　　　　　　　　　　　　**Blanket Bond:** $5,000,000.00 (per case limit)
**Period Ending:** 12/31/09　　　　　　　　　　　　　　　　　　　　**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | Tax payment　　　-765.38 | 5800-000 | | | 76,367.95 |
| | | | Duplicate tax bills to　-10.00 LaSalle County Collector | 2500-000 | | | 76,367.95 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.57 | | 76,399.52 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 51.93 | | 76,451.45 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 48.58 | | 76,500.03 |
| 10/04/06 | 1001 | Internal Revenue Service | Payment of federal tax due | 2810-000 | | 1,468.00 | 75,032.03 |
| 10/04/06 | 1002 | Illinois Department of Revenue | Payment of state tax due | 2820-000 | | 715.00 | 74,317.03 |
| 10/04/06 | 1003 | Gloria Longest | Payment of accountant pursuant to court order | 3410-000 | | 500.00 | 73,817.03 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 52.47 | | 73,869.50 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 48.55 | | 73,918.05 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 46.96 | | 73,965.01 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 49.32 | | 74,014.33 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 36.88 | | 74,051.21 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 39.54 | | 74,090.75 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 40.88 | | 74,131.63 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 40.90 | | 74,172.53 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 38.28 | | 74,210.81 |
| 07/23/07 | {4} | Streator Onized Credit Union | Payment of settlement pursuant to court order | 1241-000 | 12,500.00 | | 86,710.81 |
| 07/26/07 | {5} | Streator Home Building | Payment of monies owed by Earl Pratt on settlement | 1241-000 | 30,000.00 | | 116,710.81 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 44.89 | | 116,755.70 |
| 08/03/07 | 1004 | Central States Pension Funds | Full payment of Central States secured lien purusant to court order | 4120-000 | | 61,819.64 | 54,936.06 |
| 08/03/07 | 1005 | Michael Berland | Payment of 506 c fee purusant to court order of July 27, 2007 | 2990-000 | | 7,045.81 | 47,890.25 |
| 08/20/07 | | To Account #********1766 | Payment of special counsel expenses purusuant to court order | 9999-000 | | 61.35 | 47,828.90 |
| 08/20/07 | 1006 | Arthur Sanderman | Payment of special counsel fee purusuant to court order | 3210-600 | | 14,166.66 | 33,662.24 |
| 08/20/07 | 1007 | | Voided on 08/20/07 | | | ! 0.00 | 33,662.24 |
| 08/20/07 | 1007 | | Voided: check issued on 08/20/07 | | | ! 0.00 | 33,662.24 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 34.23 | | 33,696.47 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.79 | | 33,713.26 |
| 10/24/07 | 1008 | Internal Revenue Service | Payment of tax due on return Stopped on 12/06/07 | 2810-000 | | 596.00 | 33,117.26 |
| 10/29/07 | 1009 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 32,617.26 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.79 | | 32,637.05 |

Subtotals : $43,141.56　　$86,872.46

{} Asset reference(s)　　　　!-Not printed or not transmitted　　　　　　　　　　Printed: 12/31/2009 10:17 AM　　V.11.53

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 04-20845  
**Case Name:** KEPKO INC, DBA KEPKO INC  
**Taxpayer ID #:** 36-3011688  
**Period Ending:** 12/31/09  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****17-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 17.29 | | 32,654.34 |
| 12/06/07 | 1008 | Internal Revenue Service | Payment of tax due on return<br>Stopped: check issued on 10/24/07 | 2810-000 | | -596.00 | 33,250.34 |
| 12/06/07 | 1010 | Internal Revenue Service | Payment of tax due | 2810-000 | | 596.00 | 32,654.34 |
| 12/06/07 | 1011 | Illinois Department of revenue | Payment of tax due | 2820-000 | | 289.00 | 32,365.34 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 16.68 | | 32,382.02 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 14.80 | | 32,396.82 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 6.64 | | 32,403.46 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.01 | | 32,409.47 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.52 | | 32,413.99 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.05 | | 32,418.04 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.12 | | 32,422.16 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.12 | | 32,426.28 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.85 | | 32,430.13 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.25 | | 32,434.38 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.53 | | 32,437.91 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.55 | | 32,440.46 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.30 | | 32,442.76 |
| 01/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.61 | | 32,443.37 |
| 01/15/09 | | To Account #********1766 | Transfer for purpose of final distribution | 9999-000 | | 32,443.37 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 119,604.83 | 119,604.83 | $0.00 |
| Less: Bank Transfers | | 0.00 | 32,504.72 | |
| **Subtotal** | | 119,604.83 | 87,100.11 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$119,604.83** | **$87,100.11** | |

{} Asset reference(s)

Printed: 12/31/2009 10:17 AM    V.11.53

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 04-20845  
**Case Name:** KEPKO INC, DBA KEPKO INC  
**Taxpayer ID #:** 36-3011688  
**Period Ending:** 12/31/09

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****17-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/07 | | From Account #********1765 | Payment of special counsel expenses purusuant to court order | 9999-000 | 61.35 | | 61.35 |
| 08/27/07 | 101 | Arthur Sanderman | Payment of special counsel expenses pursuant to court order | 3220-610 | | 61.35 | 0.00 |
| 01/15/09 | | From Account #********1765 | Transfer for purpose of final distribution | 9999-000 | 32,443.37 | | 32,443.37 |
| 01/21/09 | 102 | Department Of Treasury-Internal Revenue Service | Dividend paid 100.00% on $1,809.51; Claim# 24; Filed: $1,809.51; Reference: | 4300-000 | | 1,809.51 | 30,633.86 |
| 01/21/09 | 103 | MICHAEL G. BERLAND | Dividend paid 100.00% on $5,577.14, Trustee Compensation; Reference: | 2100-000 | | 5,577.14 | 25,056.72 |
| 01/21/09 | 104 | Polk Directories | Dividend paid 13.55% on $569.94; Claim# 1; Filed: $569.94; Reference: | 7100-000 | | 77.24 | 24,979.48 |
| 01/21/09 | 105 | RJ Miller Service Co. | Dividend paid 13.55% on $3,817.78; Claim# 8; Filed: $3,817.78; Reference: | 7100-000 | | 517.39 | 24,462.09 |
| 01/21/09 | 106 | Richard Moritz | Dividend paid 13.55% on $9,835.21; Claim# 12; Filed: $9,835.21; Reference: | 7100-000 | | 1,332.89 | 23,129.20 |
| 01/21/09 | 107 | Allocco & Miller | Dividend paid 13.55% on $592.50; Claim# 13; Filed: $592.50; Reference: | 7100-000 | | 80.30 | 23,048.90 |
| 01/21/09 | 108 | Salisbury Oil Co. | Dividend paid 13.55% on $2,021.77; Claim# 14; Filed: $2,021.77; Reference: Stopped on 04/22/09 | 7100-000 | | 273.99 | 22,774.91 |
| 01/21/09 | 109 | Central States SE & SW Areas | Dividend paid 13.55% on $40,738.96; Claim# 15 -2; Filed: $40,738.96; Reference: | 7100-000 | | 5,521.02 | 17,253.89 |
| 01/21/09 | 110 | Verizon North Inc | Dividend paid 13.55% on $1,109.41; Claim# 16; Filed: $1,109.41; Reference: | 7100-000 | | 150.35 | 17,103.54 |
| 01/21/09 | 111 | Rental Service Corp. | Dividend paid 13.55% on $430.46; Claim# 17; Filed: $430.46; Reference: | 7100-000 | | 58.34 | 17,045.20 |
| 01/21/09 | 112 | Janko Building Company, nc. | Dividend paid 13.55% on $53,498.47; Claim# 18; Filed: $53,498.47; Reference: | 7100-000 | | 7,250.21 | 9,794.99 |
| 01/21/09 | 113 | Utica Stone Company | Dividend paid 13.55% on $1,738.38; Claim# 19; Filed: $1,738.38; Reference: | 7100-000 | | 235.59 | 9,559.40 |
| 01/21/09 | 114 | T&T Cartage Inc. | Dividend paid 13.55% on $22,620.72; Claim# 22; Filed: $22,620.72; Reference: | 7100-000 | | 3,065.60 | 6,493.80 |
| 01/21/09 | 115 | Streator Asphalt, Inc. | Dividend paid 13.55% on $29,657.99; Claim# 23; Filed: $29,657.99; Reference: | 7100-000 | | 4,019.31 | 2,474.49 |
| 01/21/09 | 116 | Central Laborers' Pension Fund, et al. | Dividend paid 13.55% on $18,258.94; Claim# 25; Filed: $18,258.94; Reference: | 7100-000 | | 2,474.49 | 0.00 |
| 04/22/09 | 108 | Salisbury Oil Co. | Dividend paid 13.55% on $2,021.77; Claim# 14; Filed: $2,021.77; Reference: Stopped: check issued on 01/21/09 | 7100-000 | | -273.99 | 273.99 |

Subtotals : $32,504.72   $32,230.73

{} Asset reference(s)

Printed: 12/31/2009 10:17 AM   V.11.53

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 04-20845
**Case Name:** KEPKO INC,
DBA KEPKO INC
**Taxpayer ID #:** 36-3011688
**Period Ending:** 12/31/09

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****17-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/09 | 117 | Clerk Of Bankruptcy Court | Payment of unclaimed funds | 7100-000 | | 273.99 | 0.00 |
| | | | ACCOUNT TOTALS | | 32,504.72 | 32,504.72 | $0.00 |
| | | | Less: Bank Transfers | | 32,504.72 | 0.00 | |
| | | | Subtotal | | 0.00 | 32,504.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $32,504.72 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****17-65 | 119,604.83 | 87,100.11 | 0.00 |
| Checking # ***-*****17-66 | 0.00 | 32,504.72 | 0.00 |
| | $119,604.83 | $119,604.83 | $0.00 |

{} Asset reference(s)